■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN KILPATRICK, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Eiber, J., at trial; Rotker, J., at sentencing), rendered June 28, 1984, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant alleges that at several points during the trial the testimony of the complaining witness was improperly bolstered in violation of the rule in *People v Trowbridge* (305 NY 471), and that this denied him a fair trial. These errors, however, were either corrected by curative instructions *(see, People v Sorgente,* 90 AD2d 559; *People v Santiago,* 52 NY2d 865),* unpreserved for our review *(People v West,* 56 NY2d 662; CPL 470.05 [2]), or harmless *(see, People v Johnson,* 57 NY2d 969). Mangano, J. P., Gibbons, Lawrence and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT KITCHING, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Sherman, J.), rendered May 13, 1981, convicting him of criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment reversed, on the law, and indictment dismissed. This case is remitted to the Supreme Court, Queens County, for the purpose of entering an order in its discretion pursuant to CPL 160.50.

The evidence was insufficient to support a conviction of criminal possession of a weapon in the fourth degree. Lazer, J. P., Rubin, Lawrence and Kooper, JJ., concur.